# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0429
_____

CHASE ANDERSON ROMAGNANO,

Petitioner,

v.

ROBERT BENDER, Escambia
County Supervisor of Elections
2024-present, DAVID STAFFORD,
Escambia County Supervisor of
Elections 2005-2024,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 14, 2024


PER CURIAM.

DISMISSED.

LEWIS, ROWE, and NORDBY, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––

Chase Anderson Romagnano, pro se, Petitioner.

No appearance for Respondents.